Roche, Appellant, *v.* Harrisburg Incinerator Authority.

Argued May 5, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Louis J. Adler,* for appellant.

*James H. Stewart, Jr.,* with him *John C. Sullivan,* and *Nauman, Smith, Shissler & Hall,* for appellees.

OPINION PER CURIAM, June 27, 1969:

Decree affirmed. Appellant to pay costs.

Mr. Justice ROBERTS and Mr. Justice POMEROY would affirm on the opinion of the court below.

---

DISSENTING OPINION BY MR. JUSTICE COHEN:

Since the building which houses the incinerator is included as part of the contract and is specifically designed to house a particular patented system, the invitation for alternative bids is a subterfuge because no bidder could submit a proposal in competition with the patented system. The form of the specification unlawfully limited competitive bidding since the building and the system were in reality one proprietary item.

I dissent.